DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Tel: 866-790-2242
Fax: 888-802-2440
daniel@malakauskas.com

Attorney for PLAINTIFF:

CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **JANRA ENTERPRISES, INC.**, as an entity and dba "Suzies", **ALBRECHT CA LLC**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **Case No.: 2:17-cv-1415-WBS** <br><br> **REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF** <br><br> **DATE: November 6th, 2017** <br> **Time: 1:30 p.m.** <br> **Courtroom: 5** <br><br> **Judge: Hon. William B. Shubb** |

**PLEASE TAKE NOTICE**, On July 13th, 2017, this Court, by the Order of the Honorable William B. Shubb, scheduled the Rule 26 Status Conference for November 6th, 2017, at 1:30 p.m., in Courtroom 5, of the Robert T. Matsui United States Courthouse, located at 501 I Street, in Sacramento, California. Daniel Malakauskas, attorney for Plaintiff, Cynthia Hopson, now humbly makes a request that this Court

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**

continue the Rule 26 Conference for thirty (30) days to allow Plaintiff and Defense to discuss the case.

Specifically, both Defendants were served on September 20th, 2017. (Doc. No. 4 & 5). However, on October 13th, 2017, JESSICA L. WOELFEL, attorney for Defendants, JANRA ENTERPRISES, INC., and ALBRECHT CA LLC, asked, DANIEL MALAKAUSKAS, attorney for Plaintiff, for a fourteen (14) day extension to respond to the complaint. DANIEL MALAKAUSKAS agreed. Usually, when defense attorneys ask for an extension, it is customary for the defense attorneys to prepare and file the stipulated extension. In this case, DANIEL MALAKAUSKAS, has just now noticed, that no stipulation was filed and apologizes to the Court. Nevertheless, DANIEL MALAKAUSKAS asks for a thirty (30) day continuance to give the Parties ample time to discuss the case and file a joint rule 26 statement.

Date: October 26th, 2017.

                                                   /s/ Daniel Malakauskas
                                                 By: DANIEL MALAKAUSKAS
                                                 Attorney for PLAINTIFF
                                                 CYNTHIA HOPSON

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 |     **IT IS HEREBY ORDERED**, that the status conference is continued from |
| 4 | November 6, 2017, at 1:30 p.m. to **February 26, 2018 at 1:30 p.m.**  A Joint Status |
| 5 | Report shall be filed no later than **February 12, 2018**. |
| 6 | |
| 7 | |
| 8 | Dated:  October 30, 2017 |

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**REQUEST FOR CONTINUANCE OF RULE 26 CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**